For the reasons stated in this Court's Order dated 5/17/06, (1:03-17000, doc # 1791), the motion to dismiss without prejudice is granted
s/Kathleen M. O'Malley
9/28/06

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 1:03-CV-17000 (MDL Docket No. 1535) |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE O'MALLEY |
| *See Exhibit A to Plaintiffs' Counsel's Motion to Withdraw* | ) ) ) | |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Pursuant to Fed. R. Civ. P. 41(b), defendants respectfully move for dismissal without prejudice of the above-captioned cases for failure to prosecute.

On August 16, 2006, the Kaiser and Climaco firms filed a joint motion to withdraw as counsel for 41 individual plaintiffs with cases pending in the MDL. Counsel seek to withdraw from their representation of these plaintiffs because the plaintiffs have "refused or failed to participate in their lawsuit[s]." (Mot. to Withdraw at 1 (MDL docket no. 1880).) Given that these plaintiffs' own counsel have acknowledged their lack of desire to prosecute, the Court should dismiss these cases without prejudice for want of prosecution. *See Roberts v. General Motors Corp.*, No. Civ. A. 2:04 CV 44 DF, 2005 WL 1077639 (E.D. Tex. May 6, 2005) (granting plaintiff's counsel's motion to withdraw and dismissing plaintiff's case without prejudice for failure to prosecute because plaintiff did not indicate that she desired to move forward with her claim).

In similar circumstances, on May 17, 2006, the Court granted defendants' motion to dismiss 1,598 plaintiffs severed from the *Adames* complaint. (MDL docket no. 1791.) On August 9, 2006, the Court granted a similar motion to dismiss an additional 48 plaintiffs severed from the *Adames* complaint. (MDL docket no. 1868.) Like the plaintiffs dismissed by the Court's May 17th and August 9th Orders, the plaintiffs here have demonstrated a lack of desire to move forward with their cases. As Counsel's Motion to Withdraw makes clear, "none of the plaintiffs, with the exception of a very few, have indicated that they want to continue to prosecute their claims." (Mot. to Withdraw at 2.) Furthermore, "[e]ven the few that have indicated a desire to continue their claims have failed to provide substitute counsel although being given ample opportunity to do so." (*Id.*)

For the foregoing reasons, defendants request that the Court dismiss the cases in Exhibit A of plaintiffs' counsel's Motion to Withdraw.

Dated: August 18, 2006

Respectfully submitted,

s/ John H. Beisner
John H. Beisner
Charles Read
Stephen J. Harburg
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
(202) 383-5300

DEFENDANTS' LIAISON COUNSEL

# Exhibit A

| Client Name | Cause Number |
|---|---|
| Addison, Charles | 1:05-CV-18618 |
| Alexander, Hollis | 1:05-CV-18716 |
| Armbrester, Michael D. | 1:05-CV-18760 |
| Bunch, Albert | 1:04-CV-17031 |
| Bunch, Ray R. | 1:05-CV-18616 |
| Cottrill, James R. | 1:05-CV-18613 |
| Diaz, Robert | 1:04-CV-18548 |
| Edwards, Gerald | 1:05-CV-18608 |
| Fair, Lonnie Lee | 1:05-CV-18602 |
| Goodin, Leon L. | 1:05-CV-17135 |
| Hayes, Reginald | 1:06-CV-17136 |
| Hinton, James | 1:05-CV-18776 |
| Jones, Lawrence | 1:05-CV-18620 |
| Lightsey, Charles E. | 1:05-CV-18154 |
| Louisville, Oris | 1:05-CV-17676 |
| Manning, Lyle | 1:05-CV-18724 |
| Martin, Robert | 1:04-CV-17285 |
| McGee, William W. | 1:05-CV-18611 |
| Moore, Raymond K. | 1:05-CV-18603 |
| Morales, Joel | 1:05-CV-18614 |
| Mullins, Jerry D. | 1:04-CV-18539 |
| Nelson, Donald L. | 1:05-CV-18609 |
| Parrish, Timothy L. | 1:05-CV-18606 |

| Client Name | Cause Number |
|---|---|
| Perkins, William Terry | 1:04-CV-17278 |
| Pittman, Wilford Lee | 1:05-CV-18746 |
| Ranson, Travis S. | 1:05-CV-18601 |
| Reed, Thomas A. | 1:05-CV-18050 |
| Reid, McArthur | 1:06-CV-17134 |
| Rodriguez, Roger | 1:05-CV-17183 |
| Semento, Harry | 1:06-CV-17169 |
| Silmon, James | 1:05-CV-18846 |
| Smolder, Michael S. | 1:05-CV-18607 |
| Taylor, Roy L. | 1:05-CV-18598 |
| Thomas, Robert | 1:05-CV-17131 |
| Thornburg, Cecil | 1:05-CV-17342 |
| Ullfers, Bradley | 1:05-CV-18759 |
| Verdine, Kenneth | 1:05-CV-18612 |
| Welch, William | 1:05-CV-18668 |
| Wingate, Danny | 1:05-CV-18615 |
| Ynfante, Juan Arredondo | 1:05-CV-18617 |
| Zinnerman, Roosevelt | 1:05-CV-18719 |